# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. **09-58523-CKP** |
| | § | |
| **ROBINSON, DOUGLAS A.** | § | Chapter 7 |
| **ROBINSON, AMY G.** | § | |
| | § | Judge: **Preston** |
| Debtor(s). | § | |

### NOTICE TO THE CLERK OF SMALL DIVIDENDS

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $4.77 represents the total sum of small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those small dividends are as follows:

| Creditor Name and Address | Claim No. | Amount of Dividend |
|---|---|---|
| Consultant Anesthesiologists Inc<br>PO Box 711939, Cincinnati, OH 45271 | 2 | 4.77 |

Dated:  1/17/11

*/s/ Frederick M. Luper*
Frederick M. Luper, Case Trustee

cc:   U.S. Trustee
      Creditor